

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00712-CV

Tomas **PEREZ**,
Appellant

v.

**SMART CORPORATION, INC.** d/b/a Smart Companies, Inc.,
Appellee

From the 53rd Judicial District Court, Travis County, Texas
Trial Court No. D-1-GN-10-003281
The Honorable Gisela D. Triana, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. Costs of the appeal are taxed against appellant Tomas Perez.

SIGNED November 27, 2013.

_____
Rebeca C. Martinez, Justice